# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00755-CV

### In re Lucas Alexander Walkner

### ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Lucas Alexander Walkner, an inmate in the Texas Department of Criminal Justice, filed a pro se petition for writ of mandamus. He seeks a nunc pro tunc judgment and contends that the State of Texas has refused to award him "126 days of back time that is due to [him]." *See* Tex. Gov't Code § 22.221; Tex. R. App. P. 52; *see also* Tex. R. App. P. 23.

By statute, this Court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* Tex. Gov't Code § 22.221. Walkner does not ask this Court for a writ of mandamus against a judge but seeks relief from the "State of Texas." He also has not demonstrated that the exercise of our writ power is necessary to enforce our jurisdiction. Thus, we have no jurisdiction to grant Walkner any relief.

Accordingly, the petition is dismissed for want of jurisdiction.

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Filed:   December 10, 2014